**McGraw-Hill Global Education Holdings, LLC, et al. v. Does 1-5 d/b/a www.testbankpdf.com**

# EXHIBIT A

## TESTBANKPDF.COM

| | ITEM BEING SOLD ON SITE | PUBLISHER | REGISTERED WORK | REGISTRATION |
|---|---|---|---|---|
| 1 | Accounting, Warren Reeve 24th Edition, Solutions Manual | Cengage | ISM | TX 7-840-361 |
| 2 | Business Law Today Comprehensive, Miller Jentz, 9th Edition, Solutions Manual | Cengage | ISM | TX 6-817-339 |
| 3 | Calculus, Stewart, 7th Edition, Solutions Manual | Cengage | ISM | TX 7-847-370 |
| 4 | Cornerstones of Managerial Accounting, Mowen, 5th Edition, Solutions Manual | Cengage | ISM | TX 6-565-635 |
| 5 | Cornerstones of Managerial Accounting, Mowen Hansen, 4th Edition, Solutions Manual | Cengage | ISM | TX 6-565-635 |
| 6 | Income Tax Fundamentals 2013, Whittenburg, 31st Edition, Solutions Manual | Cengage | ISM | TX 7-685-685 |
| 7 | Payroll, Accounting 2013, Bieg, 23rd Edition, Solutions Manual | Cengage | ISM | TX 7-724-975 |
| 8 | Principles of Microeconomics, Mankiw, 6th Edition, Solutions Manual | Cengage | ISM | TX 7-842-435 |
| 9 | Principles of Microeconomics, Mankiw 6th Edition, Solutions Manual | Cengage | ISM | TX 7-842-435 |
| 10 | Statistics for Business and Economics, Anderson, 12th Edition, Solutions Manual | Cengage | ISM | TX 7-715-970 |
| 11 | Understanding Nutrition, Whitney, 13th Edition, Solutions Manual | Cengage | ISM | TX 7-720-840 |
| 12 | Abnormal Psychology An Integrated Approach, Barlow, 6th Edition, Test Bank | Cengage | TEST BANK | TX 7-724-955 |
| 13 | Accounting, Warren Reeve, 24th Edition, Test Bank | Cengage | TEST BANK | TX 7-892-537 |
| 14 | Biological Psychology, Kalat, 11th Edition, Test Bank | Cengage | TEST BANK | TX 7-561-239 |
| 15 | Biological Psychology, Kalat 11th Edition, Test Bank | Cengage | TEST BANK | TX 7-561-239 |
| 16 | Business Law Text and Cases, Clark Miller Cross, 12th Edition, Test Bank | Cengage | TEST BANK | TX 7-839-411 |
| 17 | Calculus, Larson, 10th Edition, Test Bank | Cengage | TEST BANK | TX 7-722-336 |
| 18 | Calculus, Stewart, 7th Edition, Test Bank | Cengage | TEST BANK | TX 7-838-672 |
| 19 | Financial & Managerial Accounting, Warren, 12th Edition, Test Bank | Cengage | TEST BANK | TX 7-724-970 |
| 20 | Financial Accounting, Warren, 13th Edition, Test Bank | Cengage | TEST BANK | TX 7-724-278 |
| 21 | Income Tax Fundamentals 2013, Whittenburg, 31st Edition, Test Bank | Cengage | TEST BANK | TX 7-685-685 |
| 22 | Intermediate Financial Management, Brigham, 11th Edition, Test Bank | Cengage | TEST BANK | TX 7-723-584 |
| 23 | Principles of Accounting, Needles, 12th Edition, Test Bank | Cengage | TEST BANK | TX 7-702-777 |
| 24 | Principles of Macroeconomics, Mankiw, 6th Edition, Test Bank | Cengage | TEST BANK | TX 7-839-412 |
| 25 | Principles of Macroeconomics, Mankiw, 6th Edition, Test Bank | Cengage | TEST BANK | TX 7-847-382 |
| 26 | Principles of Microeconomics, Mankiw, 6th Edition, Test Bank | Cengage | TEST BANK | TX 7-839-077 |
| 27 | Principles of Microeconomics, Mankiw, 6th Edition, Test Bank | Cengage | TEST BANK | TX 7-841-241 |
| 28 | Understanding Nutrition, Whitney, 13th Edition, Test Bank | Cengage | TEST BANK | TX 7-840-631 |
| 29 | Contemporary Nursing, 6th by Cherry, Test Bank | Elsevier | TEST BANK | TX 7-880-093 |
| 30 | Ebersole and Hess' Gerontological Nursing and Healthy Aging, 4th by Touhy, Test Bank | Elsevier | TEST BANK | TX 7-895-957 |
| 31 | Medical-Surgical Nursing, 7th by Ignatavicius, Test Bank | Elsevier | TEST BANK | TX 7-880-341 |
| 32 | Medical-Surgical Nursing, 8th by Lewis, Test Bank | Elsevier | TEST BANK | TX 7-880-133 |
| 33 | Pharmacology and the Nursing Process, 6th by Lilley, Test Bank | Elsevier | TEST BANK | TX 7-880-365 |
| 34 | Pharmacology for Nursing Care, 7th by Lehne, Test Bank | Elsevier | TEST BANK | TX 7-880-349 |
| 35 | Pharmacology for Nursing Care, 8th by Lehne, Test Bank | Elsevier | TEST BANK | TX 7-880-357 |
| 36 | Auditing and Assurance Services, 5th by Louwers, Solutions Manual | McGraw-Hill | TEXTBOOK | TX 7-532-171 |
| 37 | Cost Management A Strategic Emphasis, 6th by Blocher, Solutions Manual | McGraw-Hill | TEXTBOOK | TX 7-634-326 |
| 38 | Financial Accounting, 7th by Libby, Solutions Manual | McGraw-Hill | TEXTBOOK | TX 7-407-681 |
| 39 | Corporate Finance, Second Edition, Solutions Manual | Pearson | TEXTBOOK | TX 7-147-969 |
| 40 | Fundamentals of Futures and Options Markets, 7th by Hull, Solutions Manual | Pearson | TEXTBOOK | TX 7-161-496 |
| 41 | Introduction to Management Accounting, Sixteenth Edition, Solutions Manual | Pearson | TEXTBOOK | TX 7-718-392 |
| 42 | Linear Algebra and Its Applications, Fourth Edition, Solutions Manual | Pearson | ISM | TX 7-385-752 |
| 43 | Accounting: Tools For Business Decision Makers, Fifth Edition, Test Bank | Wiley | TEXTBOOK | TX 7-656-451 |
| 44 | Principles of Fraud Examination, Fourth Edition, Solutions Manual | Wiley | TEXTBOOK | TX 7-917-653 |